UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOHN DOE,                                                              :
                                                                       :
                          Plaintiff,                                   :
                                                                       :         24 Civ. 8852 (JPC)
            -v-                                                        :
                                                                       :               ORDER
SEAN COMBS, *et al.*,                                                  :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court's January 15, 2025 Order set a deadline of January 31, 2025 for Plaintiff to file on the docket proof of service on all Defendants in this case. Dkt. 19. That deadline has passed and the docket does not reflect that Plaintiff has filed proof of service. The Court *sua sponte* extends Plaintiff's deadline to February 7, 2025.

       SO ORDERED.

Dated: February 3, 2025
       New York, New York

                                        JOHN P. CRONAN
                                        United States District Judge