UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JOHN DOE,                                                          :
:
                         Plaintiff,                                          :
:       24 Civ. 8852 (JPC)
      -v-                                                         :
:       <u>ORDER</u>
SEAN COMBS, *et al.*,                                              :
:
                         Defendants.                                       :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The parties shall file a proposed civil Case Management Plan and Scheduling Order by April 4, 2025. A model order can be found at https://www.nysd.uscourts.gov/hon-john-p-cronan.

        SO ORDERED.

Dated: March 28, 2025
       New York, New York

                                                         _____
                                                            JOHN P. CRONAN
                                                    United States District Judge