UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                               Plaintiff,<br><br>     -against-<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS, INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, AND INDIVIDUAL DOES 1-10,<br><br>                               Defendants. | Case No. 24-cv-8852 (JPC)<br><br>NOTICE OF MOTION<br><br><u>ORAL ARGUMENT REQUESTED</u> |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Declaration of Mark Cuccaro in Support of the Combs Defendants' Motion to Dismiss the Complaint, dated April 1, 2025, and the exhibit annexed thereto, and upon all prior proceedings had in herein, Defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6), before the Honorable John P. Cronan at the Daniel Patrick Moynihan United States Courthouse, Courtroom 12D, 500 Peal Street, New York, New York 10007, for an order dismissing Plaintiff's Complaint against the Combs Defendants with prejudice (ECF# 1).

Dated: April 1, 2025
      New York, New York

                                  SHER TREMONTE LLP

                                  */s/ Mark Cuccaro*
                                  Mark Cuccaro
                                  Michael Tremonte
                                  Erica Wolff
                                  Raphael A. Friedman
                                  90 Broad Street, 23rd Floor
                                  New York, NY 10004
                                  (212) 202-2600
                                  mcuccaro@shertremonte.com
                                  mtremonte@shertremonte.com
                                  ewolff@shertremonte.com
                                  rfriedman@shertremonte.com
                                  *Attorneys for Combs Defendants*